In the Matter of the Claim Made by the STATE COMMISSIONER OF TAXATION AND FINANCE, on Account of the Death of MARTIN BYRNE, Deceased, Respondent, against GRAIN HANDLING CORPORATION, Appellant, and STATE INSURANCE FUND. STATE INDUSTRIAL BOARD, Respondent.— Appeal from an award of the State Industrial Board upon a death claim. The employer was engaged in the business of unloading ships carrying grain, in the city of Buffalo, and furnishing men to do that work. The decedent was a shoveler or " scooper," who took part in the unloading. It was necessary to do some work on the dock, as well as on the ship, in placing the mechanism used in the work. The men used their own " scoops " and decedent had his initials painted on his. The ship *Yates* was unloaded at five P. M., and the decedent and his fellow-workers were told to get their suppers, and report at ship *McFarland* at seven o'clock P. M., to begin the work of unloading her at the Seneca Elevator, about the distance of two city blocks from where the *Yates* was moored. The decedent was not seen alive again by any of the witnesses. When he failed to appear on the *McFarland* at seven o'clock, a search for him was instituted. On leaving for supper decedent placed his scoop in the " shanty." It was found on the dock, about ten feet from the stern of the ship, and about one hundred feet away from the ladder which was used to go aboard. The scoop was found at a point on the dock which the decedent would necessarily pass in reaching the ladder. The body was found near the ship floating in the water under the dock. Award affirmed, with costs to the State Industrial Board. Hill, P. J., Rhodes, McNamee and Bliss, JJ., concur; Crapser, J., dissents, and votes to reverse the award and to dismiss the claim, on the ground that the injuries which resulted in death did not arise out of and in the course of the employment. (See *Matter of Barber* v. *Harvey & Eddy Co.*, 265 N. Y. 661.)

In the Matter of the Claim of SARAH I. LOZIER, Appellant, against ITHACA GUN COMPANY and Another, Respondents. STATE INDUSTRIAL BOARD, Respondent.— Appeal from decision disallowing claim for death benefits. The deceased employee died of a strangulated femoral hernia. The alleged accident was unwitnessed and the claim was disallowed on the ground that no accident had been proved. Decision unanimously affirmed. Present — Hill, P. J., Rhodes, McNamee, Crapser and Bliss, JJ.

In the Matter of the Claim of LEWIS MARTINO, Respondent, against BLUE RIDGE COAL COMPANY and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Claimant was a helper on a coal truck. The Board has found that while working for his employer, and while returning with a delivery of coal, he stopped at a street corner for a cup of coffee and as he descended from the truck he was struck by an automobile, sustaining the injuries in question. He had gone to work at six A. M. and had eaten no breakfast because his stomach would not take food so early in the day. He had been without food since the night before. The sole question raised is that the accident did not arise out of and in the course of his employment. Award unanimously affirmed, with costs to the State Industrial Board. (See *Sztorc* v. *Stansbury, Inc.*, 189 App. Div. 388.) Present — Hill, P. J., Rhodes, McNamee, Bliss and Heffernan, JJ.